IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Becerra, ) | No. CV06-0980-PHX-SRB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Mary Rose Wilcox, et al. ) | |
| Defendants ) | |

    Plaintiff, Ruben Becerra, filed his Civil Rights Complaint on April 6, 2006. On August 14, 2006, this Court issued its screening order for Plaintiff's First Amended Complaint. This order advised Plaintiff that "Plaintiff must complete and return the service packet to the Clerk of the Court within 20 days of the date of filing of this order." As of the date of this order Plaintiff has failed to return the service packet. On January 23, 2007, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Procedure for failure to prosecute.

    In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1       The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3       IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5       IT IS FURTHER ORDERED dismissing this case without prejudice.
6       IT IS FURTHER ORDERED directing the Clerk to enter judgment.

8       DATED this 2nd day of March, 2007.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge